## 47257. RUNELS v. THE STATE.

EBERHARDT, Presiding Judge. Appellant was convicted of theft by receiving stolen property. His conviction was obtained solely by circumstantial evidence which, in many respects, strongly indicates guilt, but we cannot say that it is such as to exclude every other reasonable hypothesis.

*Judgment reversed. Deen and Clark, JJ., concur.*
SUBMITTED MAY 25, 1972—DECIDED JUNE 9, 1972.

*Gilbert & Carter, Fred A. Gilbert,* for appellant.
*Eldridge W. Fleming, District Attorney,* for appellee.